# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 27, 2009

Marilyn Kelly,
Chief Justice

136662-
136663

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

KIRK LEAPHART,
      Plaintiff-Appellant,

v

CITY OF DETROIT,
      Defendant,

and

DERALD PENN and MARCUS
WILLIAMS,
      Defendants-Appellees.
_____

SC: 136662
COA: 285146
Wayne CC: 06-617898-CZ

KIRK LEAPHART,
      Plaintiff-Appellant,

v

CITY OF DETROIT,
      Defendant,

and

GREGORY SAWMILLER,
      Defendant-Appellee.

SC: 136663
COA: 285147
Wayne CC:  07-707376-NO

_____/

On order of the Court, the application for leave to appeal the May 8, 2008 orders of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I,  Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 27, 2009

_____
Clerk

l0120